UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, <br><br> Defendant. | Civil Action No. 24-0068 (LLA) |

**JOINT STATUS REPORT**

Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of Defense, through counsel, respectfully submit this Joint Status Report pursuant to the Court's March 6, 2024, Minute Order.

1. This is a Freedom of Information Act ("FOIA") case. Plaintiff filed its complaint on January 8, 2024, and Defendant timely answered on March 6, 2024, and amended the answer on March 19, 2024. The case concerns a January 14, 2022, FOIA request from Plaintiff to the Department of Defense.

2. On March 6, 2024, the Court ordered the parties to meet and confer and file a Joint Status Report providing certain information requested by the Court.

3. Defendant reports that it is conducting searches in response to Plaintiff's FOIA request and currently anticipates that its search will be completed by the end of April 2024. In light of the ongoing nature of its search, Defendant is presently unable to provide an anticipated number of documents responsive to Plaintiff's FOIA request or anticipated dates for release of any documents. Because Defendant is still conducting searches in response to Plaintiff's request, the parties believe it is premature at this time to address whether a *Vaughn* index or briefing schedule

will be required in this case and propose deferring such questions until after Defendant has completed its response to Plaintiff's FOIA request.

4. Defendant does not currently anticipate seeking an *Open America* stay in this matter.

5. The parties propose that they file an additional Joint Status Report on or before May 10, 2024, to update the Court on the status of the search results, including an estimated page count or number of documents and processing schedule, if available.

Dated: March 27, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

/s/ *Michael Bekesha*
Michael Bekesha
Judicial Watch, Inc.
425 Third Street, SW Suite 800
Washington, DC 20024
(202) 646-5172
mbekesha@judicialwatch.org

*Counsel for Plaintiff*

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Christina O'Tousa*
    CHRISTINA O'TOUSA, D.C. Bar #241667
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2437
    christina.o'tousa@usdoj.gov

*Attorneys for the United States of America*