UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, <br><br> Defendant. | Civil Action No. 24-0068 (LLA) |

**JOINT STATUS REPORT**

Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of Defense, through counsel, respectfully submit this Joint Status Report pursuant to the Court's March 28, 2024, Minute Order.

1. This is a Freedom of Information Act ("FOIA") case. Plaintiff filed its complaint on January 8, 2024, and Defendant timely answered on March 6, 2024, and amended the answer on March 19, 2024. The case concerns a January 14, 2022, FOIA request from Plaintiff to the Department of Defense.

2. Defendant reports that it has completed some searches in response to Plaintiff's FOIA request and to date, has not located any responsive records. Defendant is continuing to conduct a few other searches within Joint Staff on both the classified and unclassified systems, which they expect to complete within thirty days.

\*   \*   \*

3. The parties propose that they file an additional Joint Status Report on or before July 9, 2024, to update the Court on the status of the FOIA request.

| | |
|---|---|
| Dated: May 10, 2024<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney |
| /s/ Michael Bekesha<br>Michael Bekesha<br>Judicial Watch, Inc.<br>425 Third Street, SW Suite 800<br>Washington, DC 20024<br>(202) 646-5172<br>mbekesha@judicialwatch.org<br><br>*Counsel for Plaintiff* | BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ *Christina O'Tousa*<br>CHRISTINA O'TOUSA, D.C. Bar #241667<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2437<br>christina.o'tousa@usdoj.gov<br><br>*Attorneys for the United States of America* |