UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, <br><br> Defendant. | Civil Action No. 24-0068 (LLA) |

**JOINT STATUS REPORT**

Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of Defense, through counsel, respectfully submit this Joint Status Report pursuant to the Court's September 10, 2024, Minute Order.

1. This is a Freedom of Information Act ("FOIA") case. Plaintiff filed its complaint on January 8, 2024, and Defendant timely answered on March 6, 2024, and filed an amended answer on March 19, 2024. The case concerns a January 14, 2022, FOIA request from Plaintiff to the Department of Defense.

2. As previously reported, Defendant issued a final determination letter to Plaintiff on September 9, 2024. Defendant completed all searches in response to Plaintiff's FOIA request and did not locate any responsive records.

3. The parties are conferring regarding next steps in this litigation. At Plaintiff's request, Defendant prepared a draft declaration describing the search that it conducted in response to the FOIA request and provided it to Plaintiff. The parties are currently engaging in discussions related to Defendant's search for responsive records.

4.     The parties propose that they file an additional joint status report by January 7, 2024, to inform the Court whether any issues remain in this litigation and to propose, if necessary, a schedule for further proceedings.

| | |
|---|---|
| Dated:  November 8, 2024<br>         Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney |
| */s/ Michael Bekesha*<br>Michael Bekesha<br>Judicial Watch, Inc.<br>425 Third Street, SW Suite 800<br>Washington, DC 20024<br>(202) 646-5172<br>mbekesha@judicialwatch.org<br><br>*Counsel for Plaintiff* | BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: */s/ Christina O'Tousa*<br>     CHRISTINA O'TOUSA, D.C. Bar #241667<br>     Assistant United States Attorney<br>     601 D Street, NW<br>     Washington, DC 20530<br>     (202) 252-2437<br>     christina.o'tousa@usdoj.gov<br><br>*Attorneys for the United States of America* |