UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>　　　　　Defendant. | Civil Action No. 24-0068 (LLA) |

## STIPULATION OF DISMISSAL

In light of Defendant U.S. Department of Defense's draft declaration describing the search that it conducted, Plaintiff is satisfied with Defendant's response to Plaintiff's FOIA request. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice, each party to bear its own attorneys' fees and costs.

Dated: January 7, 2025

/s/ Michael Bekesha
MICHAEL BEKESHA
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Email:   Mbekesha@judicialwatch.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Christina O'Tousa
　　CHRISTINA O'TOUSA, D.C. Bar #241667
　　Assistant United States Attorney 601 D Street,
　　NW Washington, DC 20530
　　(202) 252-2437
　　christina.o'tousa@usdoj.gov

*Attorneys for the United States of America*